United States District Court
Southern District of Texas
**ENTERED**
June 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY MONTGOMERY, (TDCJ–CID #662723), Petitioner, | § § § § § § | CIVIL ACTION NO 4:23-cv-02342 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| BOBBY LUMPKIN, Respondent. | § § | |

## FINAL JUDGMENT

This civil action is DISMISSED WITH PREJUDICE for the reasons stated in the Memorandum on Dismissal entered this same date.

SO ORDERED.

Signed on  June 13, 2024 , at Houston, Texas.

Hon. Charles Eskridge
United States District Judge